USCA1 Opinion

 

 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________No. 97-1669 UNITED STATES, Appellee, v. JOSE ANTONIO NUNEZ-RODRIGUEZ, Defendant, Appellant.  ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO [Hon. Jose Antonio Fuste, U.S. District Judge] ____________________ Before Boudin, Circuit Judge, Coffin, Senior Circuit Judge, and Lynch, Circuit Judge. ____________________ H. Manuel Hernandez on brief for appellant. Guillermo Gil, United States Attorney, Rosa Emilia Rodriguez-Velez,Executive Assistant United States Attorney, Jose A. Quiles-Espinosa,Senior Litigation Counsel, and Nelson Perez-Sosa, Assistant UnitedStates Attorney, on brief for appellee. ____________________ April 7, 1998 ____________________ Per Curiam. The district court considered the new motion for a departure on the merits and made clear that it had no interest in granting a departure. This discretionary refusal to depart is not subject to appellate review. See United States v. Nunez-Rodriguez, 92 F.3d 14 (1st Cir. 1996), and it is therefore unnecessary for us to consider whether a decision to depart would have been within the scope of remand and allowed under the law of the case doctrine. Affirmed. See 1st Cir. Loc. R. 27.1.